Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
Phone: 916-705-8006
aussieker1@gmail.com

*in pro per*

FILED

MAR - 5 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ,MARK AUSSIEKER<br><br>Plaintiff,<br><br>v.<br><br>Curtis Kindred, Inc, JOHN E FOX JR<br>.Defendant. | Case 2:20-CV-00157- TLN-AC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THIS ENTIRE CASE** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(i), We voluntarily dismiss:

⊗ THE ENTIRE CASE

Such dismissal shall be with prejudice, Each side to bear its own costs and fees.

Dated: 3-3-20

MARK AUSSIEKER

1

# CERTIFICATE OF SERVICE

Filed by mail with United States District Court  3-3-20 , with a copy sent to:

*emailed to* : bshields@shieldslegal.com

*Mark Aussieker*